UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCO DISTRIBUTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EARTH ANIMAL VENTURES, PET FOOD EXPERTS, INC., MICHAEL BAKER, and Does 1 Through 50, <br><br> Defendants. | CASE NO. 8:24−CV−01850 FWS (DFMX) <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint served on: August 4, 2024 <br> Current response date: November 14, 2024 |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the responsive pleading deadline, as it relates to Earth Animal, is hereby extended to **December 9, 2024.**

Dated: November 8, 2024

_____
Hon. Fred W. Slaughter
United States District Judge

- 1 -

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT